**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CARLOS RAMOS SANTOS<br><br>    Plaintiff,<br><br>v.<br><br>BSF FRANCHISE, LLC, et al.<br><br>    Defendants. | Case No. 1:20-cv-01850-JEB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action against all Defendants with prejudice, each party to bear its own costs.

Date: November 2, 2020

Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*

/s/ Scott H. Rome, Esq.
SCOTT H. ROME, #476677
CHRISTOPHER L. LAFON, #483740
ANNA R. MARGOLIS, #1043917
THE VERITAS LAW FIRM
1225 19th Street NW, Suite 320
Washington, DC 20036
Phone: (202) 686-7600
Fax: (202) 293-3130
srome@theveritaslawfirm.com
clafon@theveritaslawfirm.com
amargolis@theveritaslawfirm.com

*Counsel for Defendants*